# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED DECEMBER 10, 2014

### NO. 03-13-00530-CV

**Terry Christopher Bounds and Diana Bounds, Appellants**

**v.**

**Bounds and Pinto Marketing, Inc. d/b/a Canyon Lake Visitors Bureau and
f/k/a/ PBC Marketing Company; Austrends, Inc.; and Randy Osherow,
Trustee of the Chapter 7 Bankruptcy Estate of Terry Christopher Bounds, Appellees**

### APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND GOODWIN
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the district court on June 25, 2013. Having reviewed the record, the Court holds that appellants have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.